**PETITION UNDER 28 U.S.C § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | Southern District of Ohio | |
|---|---|---|
| Name (under which you were convicted): James T. DeJarnette | | Docket or Case No. 1:18 CV 157 |
| Place of Confinement: Warren Correctional Institution | | Prisoner No.: # 717-147 |
| Petitioner (include the name under which you were convicted) petitioner) James T. DeJarnette | | Respondent (authorized person having custody of Chae Harris |
| The Attorney General of the State of Ohio: Mike Dewine | | |

**PETITION**

1.  (a) Name and Location of court that entered the judgment of conviction you are challenging:
    Franklin County Court of Common Pleas 345 South High Street Columbus, Ohio 43215

    (b) Criminal docket or case number (if you know): 14-CR-3508, 14-CR-2737, 14-CR-2733

2.  (a) Date of the judgment of conviction (if you know): July 8, 2015

    (b) Date of sentencing: July 8, 2015

3.  Length of Sentence: 25 years

4.  In this case, were you convicted on more than one count or of more than one crime? **Yes**  No

5.  Identify all crimes of which you were convicted and sentenced in this case: (See 6 B)

6.  (a) What was your plea? (Check One)

    (1)  Not Guilty           (3)  Nolo Contendere (no contest)

    (2)  **Guilty**            (4)  Insanity Plea

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

    Petitioner pled guilty to all of the following counts in 14-CR-3508 he pled to Engaging in a Pattern of Corrupt Activity, Trafficking in Cocaine F1, 8 counts greater than 100 grams, Trafficking in Cocaine F3 (4 counts); Trafficking Heroin F2 (4 counts), Trafficking in Heroin F3 (3 counts), trafficking in Heroin F4; Aggravated Trafficking in drugs F1 (greater than 300 grams), Aggravated Trafficking in Drugs F2 (7 counts); Aggravated Trafficking in Drugs F3. In CR-2733 Petitioner pled

1

guilty to Trafficking in Cocaine F1 (greater than 100 grams), Possession of Cocaine F1 (greater than 100 grams), Trafficking in Heroin F1, Possession of Heroin F1. In CR-2737 Petitioner pled to Aggravated Trafficking in Drugs F1, Aggravated Possession of Drugs F1, Trafficking in Cocaine F1, Possession of Cocaine F1, Trafficking in Heroin F5, Possession of Heroin F5. The rest of the counts of the indictment were dismissed as part of the plea agreement.

    (c) If you went to trial, what kind of trial did you have? (Check One)

        Jury        Judge Only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing? Yes    **No**

8.    Did you appeal from the judgment of conviction? **Yes**    No

9.    If you did appeal, answer the following:

    (a) Name of court: Tenth District Court of Appeals

    (b) Docket or case number (if you know): 17-AP-404, 17-AP-405, 17-AP-406

    (c) Result: Denied

    (d) Date of result (if you know): August 22, 2017

    (e) Citation to the case (if you know): 2017 Ohio App. LEXIS 3595

    (f) Grounds raised: Whether the trial court abuses it's discretion and violates Due Process and Equal Protection of the law, in violation of the Fifth, Sixth, and Fourteenth Amendments of the United States Constitution, by denying an indigent defendant-appellant leave to file a delayed appeal and the appointment of counsel on that appeal when the delay is attributed to his indigent status and the lack of knowledge of his right to appeal due to the failure of his court-appointed counsel and the court to inform him of his right to appeal with the aid of counsel.

    (g) Did you seek further review by a higher state court? **Yes**    No

        If yes, answer the following:

        (1) Name of Court: Supreme Court of Ohio

        (2) Docket or case number (if you know): 2017-1381

        (3) Result: Declined to accept Jurisdiction

        (4) Date of result (if you know): December 20, 2017

        (5) Citation to the case (if you know):

        (6) Grounds raised: Whether the Court of Appeals court abuses it's discretion and violates Due Process and Equal Protection of the law, in violation of the Fifth, Sixth, and Fourteenth Amendments of the United States Constitution, by denying an indigent

defendant-appellant leave to file a delayed appeal and the appointment of counsel on that appeal when the delay is attributed to his indigent status and lack of knowledge of his right to appeal due to the failure of the court-appointed counsel and the court to inform him of his rights to appeal with the aid of counsel.

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes **No**

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeal listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? Yes **No**

11. If your answer to Question 10 was "Yes", give the following information:

(a) (1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of proceeding:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes No

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes No

(7) Result:

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

3

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes   No

(7) Result:

(8) Date of result (if you know):

(d) If you filed any fourth petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes   No

(7) Result:

(8) Date of result (if you know):

(e) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

        (1) First Petition:   **Yes**   No

        (2) Second Petition:   Yes   No

        (3) Third Petition:   Yes   No

        (4) Fourth Petition:   Yes   No

(f) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

(12) For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** Whether the Court of Appeals court abuses it's discretion and violates Due Process and Equal Protection of the law, in violation of the Fifth, Sixth, and Fourteenth Amendments of the United States Constitution, by denying an indigent defendant-appellant leave to file a delayed appeal and the appointment of counsel on that appeal when the delay is attributed to his indigent status and lack of knowledge of his right to appeal due to the failure of the court-appointed counsel and the court to inform him of his rights to appeal with the aid of counsel.

(a) Supporting Facts (Do not argue or cite law. Just state the specific facts that support your claim):

When Mr. DeJarnette filed his motion for delayed appeal, he attached a complete copy of his plea and sentencing transcripts to show the Tenth District Court of Appeals, by a perponderance of the evidence, that the trial court and his trial counsel failed to inform him of his right to appeal the sentence, and to have appellate counsel perfect the appeal for him.
The Fourteenth Amendment requires an appellate court to allow a late appeal where the delay was due to the defendant's lack of notice of a right to appeal, regardless of how that right has been limited by the defendant's guilty plea. At least one court has held that all Ohio defendant's who plead guilty have a right to a delayed appeal where notice of a right to appeal was not given by the trial court. It is impossible for a defendant to make a decision if he, for want of notice, is completely unaware that an appeal is an option. Mr. DeJarnette's right to appeal at the state's expense is a mere illusion if the convicted indigent defendant does not know such a right exist. There is nothing in the transcripts that shows that Mr. DeJarnette was informed of his right to appeal, by his attorney or the trial court, and in spite of all of this, Mr. DeJarnette was denied the right to file a delayed appeal.

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? **Yes**   No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise the issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes   **No**

(2) If your answer to Question (d)(1) is "Yes", state:

Type of motion or petition:

Name and Location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?:   Yes   No

(4) Did you appeal from the denial of your motion or petition?:   Yes   No

(5) If your answer to Question (d) (4) is "Yes", did you raise this issue in the appeal?

        Yes     No

(6) If your answer to Question (d) (4) is "Yes", state:

Name and Location of the court where the appeal was filed:

Docket or Case number (if you know):

Date of the Court's decision:

Result (attach a copy of the courts' opinion or order, if available):

(7) If your answer to Question (d) (4) or Question (d) (5) is "No", explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

13. Please answer these additional questions about the petition you are filing:

   (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   **YES**    NO

   If your answer is "NO", state which grounds have not been presented and give your reason(s) for not presenting them:

   (b)    Is there any ground in this petition that has not been presented in some state or federal court?   YES   **NO**

   If so, what ground or grounds have not been presented and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   YES   **NO**

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   YES   **NO**

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At preliminary hearing: Never had preliminary hearing

   (b) At arraignment and plea: Robert F. Krapenc

   (c) At trial: Robert F. Krapenc

   (d) At sentencing: Robert F. Krapenc

   (e) On Appeal: Propria Persona

   (f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? YES **NO**

(a) If so, give the name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? YES NO

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. §2244(d) does not bar your petition.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. §2244(d) provides in part that:

(1) A one-year period of limitation shall apply to any application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date n which the impediment to filing an application created by State action in violation of the Constitution of laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted initially recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be copunted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

7

A) An ORDER from this Honorable Court

B) An ORDER from this Honorable Court

C)

D) Or any other relief to which the petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on the __19__ day of February, 2018.

Executed (signed) on __2/19/18__ (date)

_____
Signature of Petitioner

If the person signing is not the petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

8